UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | : | CR. NO. CR-00-0022-02 |
| | : | |
| | : | ORDER |
| v. | : | |
| | : | |
| NICANOR OMAR GORDON,<br>Defendant. | : | |
| | : | |

Upon Petition of the Government pursuant to Title 18, United States Code, Section 3573, it is hereby

ORDERED that the unpaid balance of the fine imposed on the defendant, NICANOR OMAR GORDON , on October 13, 2000, in this action is remitted.

DATE:

_____
William W. Caldwell
U.S. District Court Judge