```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,    :
    Plaintiff
                                          :

    vs.                       :   CRIMINAL NO.  1:CR-00-22-02

                                          :

NICANOR OMAR GORDON,
    Defendant                 :

*O R D E R*

AND NOW, this 30th day of June, 2005, upon consideration of the Government's petition (doc. 56) Pursuant to 18 U.S.C. § 3573, it is ORDERED that the unpaid balance of the fine imposed on the defendant, Nicanor Omar Gordon, on October 13, 2000, in this action is remitted.

                                          /s/William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge